DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIA BECKWITH,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-346

[March 3, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-lisa Phillips, Judge; L.T. Case No. 18-28231 CACE (25).

Timothy H. Crutchfield of Mintz Truppman, P.A., North Miami, for appellant.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***